THOMAS J. DALY, CA Bar No. 119684
TDaly@lrrc.com
DREW WILSON, CA Bar No. 283616
DWilson@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 N. Central Avenue, Suite 2300
Glendale, CA 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff
Grupo Salinas Inc. dba Salinas Tires & Wheels

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRUPO SALINAS INC. DBA SALINAS TIRES & WHEELS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>J R SALINAS WHEELS & TIRES INC., a California corporation; JJTS, INC., a California corporation; and SALINAS WHEELS & TIRES, a California company,<br><br>Defendants. | Case No. 8:16-cv-01923<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Rule 83-1.3, Plaintiff, Grupo Salinas Inc. dba Salinas Tires & Wheels, gives notice that this case is not related to any other matters in the Central District of California, either pending or previously filed.

Dated: October 20, 2016            Respectfully submitted,

                                                         LEWIS ROCA ROTHGERBER
                                                         CHRISTIE LLP

                                               By   /s/Thomas J. Daly
                                                      Thomas J. Daly
                                                      Drew Wilson

                                                      Attorneys for Plaintiff
                                                      GRUPO SALINAS INC.
                                                      dba SALINAS TIRES & WHEELS

LBOLTER PAS1445321.1-*-10/20/16 4:56 PM